JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT

| | |
|---|---|
| CHRISTOPHER EBERZ and JOANNE EBERZ<br><br>Plaintiffs,<br><br>v.<br><br>CITIMORTGAGE, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 2:12-cv-04746 SVW(MRWx)<br><br>Honorable Stephen V. Wilson, Judge Presiding<br><br>**ORDER** |

**ORDER**

Based upon the stipulation of the parties and good cause appearing, it is hereby ordered that: 1) This case is Dismissed without prejudice.

Date: __October 30__, 2012

_____
ÚåæÁÕ~^ÈÁU\æ*åæ^ÁÜÈÁÙ↔→b~^
District Court Judge

---

**ORDER**